UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION


UNITED STATES OF AMERICA,

                    Plaintiff,

v.                                              Case No.2:18-cr-22
                                                HON. ROBERT J. JONKER
TROY ALLEN SCHWIDERSON,

                    Defendant.
_____/

## ORDER OF DETENTION

Defendant appeared before the undersigned on June 1, 2018, for an initial

appearance and arraignment on an indictment charging defendant with 6 counts of

assault.  The government moved for detention of defendant which was supported by

pretrial services.  The government also requested that a no contact with the victim S.R.-

C.L. provision be included in the detention order.

Defendant shall be detained pending further proceedings and shall not have

contact of any kind, directly or indirectly, with the victim in this case, S.R-C.L.


IT IS SO ORDERED.


                              __/s/ Timothy P. Greeley_____
                              TIMOTHY P. GREELEY
                              UNITED STATES MAGISTRATE JUDGE

Dated: June 4, 2018